UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDY MONPLAISIR,

                            Plaintiff,

           -against-                                        1:24-CV-1882 (LJL)

THE CITY OF NEW YORK,                                       ORDER OF SERVICE
DEPARTMENT OF FINANCE, et al.,

                            Defendants.

LEWIS J. LIMAN, United States District Judge:

        Plaintiff, who is proceeding *pro se*, paid the fees to commence this action.  The Clerk of

Court is directed to issue summonses as to: (1) the City of New York, Department of Finance; (2)

Sandip Desai; (3) Robert Paskus; (4) Matthew Vischer (also spelled as "Visscher"); and (5) Irina

Voloshina. Plaintiff is directed to serve the summonses and complaint on each of these

defendants within 90 days of the issuance of the summonses.[1]  If within those 90 days, Plaintiff

has not either served these defendants or requested an extension of time to do so, the Court may

dismiss the claims against these defendants under Rule 4 of the Federal Rules of Civil Procedure

for failure to make timely service and under Rule 41 for failure to prosecute.

SO ORDERED.

 Dated:    April 5, 2024
           New York, New York

                                                         _____
                                                              LEWIS J. LIMAN
                                                         United States District Judge

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons
be served within 90 days of the date when the complaint is filed, the summonses in this action
were not issued when Plaintiff filed the complaint because he did not pay the fees upon filing.
The Court therefore extends the time to serve until 90 days after the date the summonses are
issued.