```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/19/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ANDY MONSPLAISIR,                                                  :
:
:
                    Plaintiff,                                     :
:          24-cv-1882 (LJL)
          -v-                                                      :
:             ORDER
:
THE CITY OF NEW YORK, DEPARTMENT OF                                :
FINANCE, et al.,                                                   :
:
                    Defendants.                                    :
                                                                   X
-------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

      The Court will hold a telephonic conference in this matter on September 26, 2024 at 11:00 a.m. Plaintiff's time to respond to the pending motion to dismiss, Dkt. No. 23, is suspended pending the scheduling of a response date at the conference.

      The Court's telephone line for conferences is 888-251-2909, Access Code 2123101.

      SO ORDERED.


Dated: September 19, 2024                   _____
       New York, New York                          LEWIS J. LIMAN
                                            United States District Judge