```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/26/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANDY MONSPLAISIR,

                Plaintiff,

    -v-

THE CITY OF NEW YORK, DEPARTMENT OF
FINANCE, et al.,

                Defendants.
------------------------------------------------------------------X

24-cv-1882 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    The Court held a conference in this matter on September 26, 2024. Plaintiff shall file a response in opposition to Defendants' motion to dismiss by October 25, 2024. Defendants shall file any reply by November 8, 2024.

    SO ORDERED.

Dated: September 26, 2024
       New York, New York

                                          LEWIS J. LIMAN
                                United States District Judge